# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE

Bobbie C. Allen,

                Plaintiff,

v.

Mall of America,
Chelsey Christensen,
Ashley Foster,
MOAC Mall Holdings LLC,

                Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-09-1046 JRT/SRN |
| Date: | May 6, 2010 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 7 Hours & 30 Minutes |

APPEARANCES:

   For Plaintiff:     Dorene R. Sarnoski
   For Defendant:   Joseph M. Sokolowski, Lori-Ann Camille Jones

Hearing on:  **Settlement Conference**

PROCEEDINGS:

☒ Settlement reached. Terms stated on the record. **If a transcript of this proceeding is requested, it shall be filed under seal.**

☐ No settlement reached.

                                      s/ Beverly C. Riches
                                  Signature of Judicial Assistant