UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

BOBBIE C. ALLEN,

Plaintiff,

v.

MALL OF AMERICA, CHELSEY
CHRISTENSEN, ASHLEY FOSTER,
AND MOAC MALL HOLDINGS LLC,

Defendants.

Civil No. 09-1046 (JRT/SRN)

**ORDER OF DISMISSAL**

_____

Dorene Sarnoski, **DORENE R. SARNOSKI LAW OFFICE,** 333 Washington Avenue North, Suite 402, Minneapolis, MN 55401, for Plaintiff.

Joseph Sokolowski, Lindsay Zamzow, and Lori-Ann Camille Jones, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for Defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 10, 2010
at Minneapolis, Minnesota.

                                                           s/ John R. Tunheim
                                                         JOHN R. TUNHEIM
                                           United States District Judge